808 A.2d 177

**Paul T. CANTOLINA, Appellant,**

**v.**

**MECHANIC'S CHOICE WARRANTY CORPORATION, Appellee.**

Supreme Court of Pennsylvania.

Argued Sept. 10, 2001.

Decided Sept. 25, 2002.

David Richard Thompson, for Paul T. Cantolina.

Richard A. Bell, Clearfield, for Mechanic's Choice Warranty Corp.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

The appeal is dismissed as improvidently granted.

Former Chief Justice FLAHERTY did not participate in the decision of this case.